UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DOMINIC SCHINDLER HOLDING, AG,

      Plaintiff,          JUDGMENT
                  20-cv-4407 (RPK) (VMS)

      -against-

PETER MOORE,

      Defendant.
-------------------------------------------------------------- X

An Order of Honorable Rachel P. Kovner, United States District Judge, having been filed

on January 28, 2022, adopting the Report and Recommendation of Magistrate Judge Vera M.

Scanlon, dated January 12, 2022, granting the motion; awarding the following damages: (i)

$535,000.00 in unpaid principal; (ii) interest of $471,313.97 for the period ending 5/27/2021;

(iii) additional interest of $351.78 per day from 5/28/2021 through the date of entry of judgment;

(iv) a late charge of $30,000.00; (v) attorney's fees totaling $63,200.00; and (vi) costs totaling

$400.00; and an Order having been filed on March 4, 2022, awarding post-judgment interest; and

the Clerk of Court having calculated the prejudgment interest at the rate set forth above and the

interest being $98,498.40; it is

    ORDERED and ADJUDGED that the motion is granted; and that plaintiff is awarded a

total amount of $1,198,412.37 plus post-judgment interest.

Dated: Brooklyn, NY            Brenna B. Mahoney
    March 4, 2022           Clerk of Court


               By: /s/Jalitza Poveda
                 Deputy Clerk